11091626
4.74
JL

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
*(Use either Buffalo or Rochester address of Clerk's Office,
based on where the case is venued)*

Re: (Case Name) __Mary Ann G Panepinto__ /Case # __06-02281__
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ __4.74__ . I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

__✓__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant __CASALE PLUMBING__ Amount $ __4.74__ Claims Register # __4__

Claimant _____ Amount $ _____ Claims Register # _____

Claimant _____ Amount $ _____ Claims Register # _____

Claimant _____ Amount $ _____ Claims Register # _____

_____
Trustee Name
Thomas A. Dorey

FILED APR 1 1 2011 BANKRUPTCY COURT BUFFALO, NY