#11092644
11/3/11
wDNY
$90.51

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
*(Use either Buffalo or Rochester address of Clerk's Office,
based on where the case is venued)*

Re: (Case Name) Maryanne G. Panepinto /Case # 06-02281
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $ 90.51 . I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

☑ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant Niagara Frontier Amount $ 15.54 Claims Register # 2

Claimant Tops Markets Amount $ 15.10 Claims Register # 3

Claimant Verizon Amount $ 59.87 Claims Register # 14

Claimant _____ Amount $ _____ Claims Register # ____

Total $90.51

_____
Trustee Name

